BERENBROICK, Plaintiff, v. ST. LUKE'S HOSPITAL IN CITY OF NEW YORK, Respondent, and SAMUEL, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Frederick Berenbroick against the St. Luke's Hospital in the City of New York and Lewis S. Samuel. No opinion. Order affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 1134, and 48 N. Y. Supp. 363.

BIOT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by Julia Ann Biot, as executrix, etc., against the Brooklyn Heights Railroad Company. No opinion. Application for leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 1100.

BLAKELY, Respondent, v. CROWNINSHIELD et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Justine Blakely avainst Edgar D. Crowninshield and others. No opinion. Order affirmed, with $10 costs and disbursements.

BLISS, Respondent, v. SHERRILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Nancy E. Bliss against Charles L. Sherrill, impleaded with others. No opinion. Motion granted, and order settled and filed with the clerk. See 42 N. Y. Supp. 432, and 44 N. Y. Supp. 1110.

BOAK, Respondent, v. HAMILTON TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by William C. Boak against the Hamilton Tube Company. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 1101.

In re BOARD OF RAPID TRANSIT. (Supreme Court, Appellate Division, First Department. February 18, 1898.) In the matter of the application of the board of rapid transit for appointment of commissioners.

PER CURIAM. Although the present commission did not sit as long as the commission appointed upon the last previous application, yet their labors seem to have been practically as great. In view of this fact, and in view, also, of the curtailment of their ordinary summer vacation, we think it reasonable to grant the present commissioners the same amount as was awarded to their immediate predecessors, to wit, $2,000 each. See 39 N. Y. Supp. 750, 1121; 45 N. Y. Supp. 1134; 49 N. Y. Supp. 60; and 50 N. Y. Supp. 306.

BOTTOM, Respondent, v. CHAMBERLAIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Mary Bottom against Chandler A. Chamberlain, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs. See 47 N. Y. Supp. 733.

In re BRADY. (Supreme Court, Appellate Division, First Department. February 18, 1898.) In the matter of James Brady, deceased. No opinion. Motion granted, with $10 costs.

BRASMLEY, Appellant, v. UTICA STEAM COTTON MILLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Margaret Brasmley, as administratrix, etc., against the Utica Steam Cotton Mills. No opinion. Judgment affirmed, with costs.

BRIGGS, Respondent, v. TRUE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Mary E. Briggs against Ransom B. True. No opinion. Order affirmed, with $10 costs and disbursements.

BROWN, Respondent, v. GERMAN SICK & AID SOC. OF RONDOUT, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1898.) Action by Rosa Brown against the German Sick & Aid Society of Rondout. No opinion. Judgment and order affirmed, with costs.

BROWN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Charles W. Brown against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs. See 39 N. Y. Supp. 1121; 43 N. Y. Supp. 1151; and 44 N. Y. Supp. 1112.

CALKINS, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Charles L. Calkins against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

CAMERON v. WRIGHT. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Roderick W. Cameron against Ammi W. Wright. No opinion. Extra allowance of $850 granted. See 47 N. Y. Supp. 571.

CANN et al., Respondents, v. STOVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Hugo Cann and Joseph Drusser, respondents, against Theodore Stover, impleaded, etc. No opinion. Judgment modified by deducting $63.50 from the recovery as of the time of the entry of judgment, and the judgment, as modified, and the order affirmed, with costs of the appeal to the respondent.

CAPASSO v. WOOLFOLK et al. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Arcangelo Capasso against Edward G. Woolfolk and another. No opinion. Motion denied, with $10 costs. See 49 N. Y. Supp. 409.